IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN M. MATTES,<br>BOP Register No. 10973-052,<br><br>    Plaintiff,<br><br>V.<br><br>M.D. CARVAJAL, Director of BOP, ET AL.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:20-cv-1917-B-BN |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (the "FCR"). The Court therefore **DENIES** Plaintiff's motion requesting a temporary restraining order or preliminary injunction [Dkt. No. 9] and **DISMISSES** his complaint [Dkt. No. 3] without prejudice to Plaintiff's filing within **21 days** after the entry of this order an amended complaint that cures, if and where possible, the deficiencies outlined in the FCR.

SO ORDERED.

DATE: SEPTEMBER 11, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE